

# NUMBER 13-16-00291-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SHARYLAND UTILITIES, L.P.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Order

Relator, Sharyland Utilities, L.P., filed a petition for writ of mandamus and emergency motion for temporary relief in the above cause on May 31, 2016. Through this original proceeding, relator seeks to compel the trial court to withdraw a May 26, 2016 temporary restraining order requiring relator "to desist and refrain from electrifying the electromagnetic powerlines at the area of the easement" passing through the property of the real party in interest, William Gault. Through its emergency motion for temporary relief, relator seeks to stay the temporary restraining order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. Accordingly, we GRANT relator's emergency motion for temporary relief and order the trial court's May 26, 2016 order to be STAYED pending further order of this Court. The Court requests that Gault, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
1st day of June, 2016.